B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re  Kireema Atah Sprowal                    ,          Case No.  17-10840-elf

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as
Trustee of the Bungalow Series IV Trust               LSF10 Master Participation Trust
    Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known):    9-1
should be sent:                                    Amount of Claim:    $97,327.52
  c/o SN Servicing Corporation                   Date Claim Filed:    04/27/2017
  323 Fifth Street
  Eureka, CA 95501
Phone:  800.603.0836                               Phone: 
Last Four Digits of Acct #:    5018                Last Four Digits of Acct. #:    3504

Name and Address where transferee payments
should be sent (if different from above):

Phone: 
Last Four Digits of Acct #: 

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ D. Anthony Sottile                        Date:  07/06/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.