**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Kireema Atah Sprowal |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of PA (State) |
| Case number | 17-10840-elf |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 5018 ___ ___ ___

**Date of payment change:**
Must be at least 21 days after date of this notice: 05 / 01 / 2021

**New total payment:** $ 894.42
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 496.30       New escrow payment: $ 583.92

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %       New interest rate: _____ %

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Debtor 1     Kireema Atah Sprowal        Case number (*if known*) 17-10840-elf
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle Ghidotti      Date 03/10/2021
Signature

Print: Michelle Ghidotti      Title AUTHORIZED AGENT
First Name   Middle Name   Last Name

Company: Ghidotti Berger LLP.

Address: 1920 Old Tustin Ave.
Number   Street
Santa Ana, CA 92705
City   State   ZIP Code

Contact phone ( 949 ) 427 – 2010      Email bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

KIREEMA SPROWAL
C/O BRAD J SADEK
1315 WALNUT ST STE 502
PHILADELPHIA PA  19107

Analysis Date: March 05, 2021                                                                                                                       Final
Property Address: 4213 ADAMS AVENUE  PHILADELPHIA, PA 19124                                                       Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from July 2020 to Apr 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective May 01, 2021: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 310.50 | 310.50 | | Due Date: | Dec 01, 2020 |
| Escrow Payment: | 496.30 | 583.92 | | Escrow Balance: | (1,611.43) |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 2,481.50 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 178.95 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $691.12 |
| Total Payment: | $806.80 | $894.42 | | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (4,316.94) |
| Jul 2020 | | 496.30 | | * | | 0.00 | (3,820.64) |
| Aug 2020 | | 496.30 | | * | | 0.00 | (3,324.34) |
| Aug 2020 | | | | 179.80 * | Forced Place Insur | 0.00 | (3,504.14) |
| Sep 2020 | | | | 59.88 * | Forced Place Insur | 0.00 | (3,564.02) |
| Oct 2020 | | 496.30 | | * | | 0.00 | (3,067.72) |
| Oct 2020 | | | | 59.88 * | Forced Place Insur | 0.00 | (3,127.60) |
| Nov 2020 | | 496.30 | | * | | 0.00 | (2,631.30) |
| Nov 2020 | | 496.30 | | * | | 0.00 | (2,135.00) |
| Nov 2020 | | | | 59.82 * | Forced Place Insur | 0.00 | (2,194.82) |
| Dec 2020 | | 496.30 | | * | | 0.00 | (1,698.52) |
| Dec 2020 | | | | 59.71 * | Forced Place Insur | 0.00 | (1,758.23) |
| Jan 2021 | | | | 59.65 * | Forced Place Insur | 0.00 | (1,817.88) |
| Feb 2021 | | 496.30 | | * | | 0.00 | (1,321.58) |
| Feb 2021 | | 496.30 | | * | | 0.00 | (825.28) |
| Feb 2021 | | | | 59.65 * | Forced Place Insur | 0.00 | (884.93) |
| Feb 2021 | | | | 726.50 * | City/Town Tax | 0.00 | (1,611.43) |
| | | | | | Anticipated Transactions | 0.00 | (1,611.43) |
| Feb 2021 | | | | 59.65 | Forced Place Insur | | (1,671.08) |
| Mar 2021 | | 1,985.20 | | 59.65 | Forced Place Insur | | 254.47 |
| Apr 2021 | | 496.30 | | 59.65 | Forced Place Insur | | 691.12 |
| | $0.00 | $6,451.90 | $0.00 | $1,443.84 | | | |

Page 1

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: March 05, 2021  Final
Borrower: KIREEMA SPROWAL  Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 691.12 | 4,192.37 |
| May 2021 | 438.03 | 3,814.00 | Flood Insurance | (2,684.85) | 816.40 |
| May 2021 | | 59.65 | Forced Place Insur | (2,744.50) | 756.75 |
| Jun 2021 | 438.03 | 59.65 | Forced Place Insur | (2,366.12) | 1,135.13 |
| Jul 2021 | 438.03 | 59.65 | Forced Place Insur | (1,987.74) | 1,513.51 |
| Aug 2021 | 438.03 | 59.65 | Forced Place Insur | (1,609.36) | 1,891.89 |
| Sep 2021 | 438.03 | 59.65 | Forced Place Insur | (1,230.98) | 2,270.27 |
| Oct 2021 | 438.03 | 59.65 | Forced Place Insur | (852.60) | 2,648.65 |
| Nov 2021 | 438.03 | 59.65 | Forced Place Insur | (474.22) | 3,027.03 |
| Dec 2021 | 438.03 | 59.65 | Forced Place Insur | (95.84) | 3,405.41 |
| Jan 2022 | 438.03 | 59.65 | Forced Place Insur | 282.54 | 3,783.79 |
| Feb 2022 | 438.03 | 726.50 | City/Town Tax | (5.93) | 3,495.32 |
| Feb 2022 | | 59.65 | Forced Place Insur | (65.58) | 3,435.67 |
| Mar 2022 | 438.03 | 59.65 | Forced Place Insur | 312.80 | 3,814.05 |
| Apr 2022 | 438.03 | 59.65 | Forced Place Insur | 691.18 | 4,192.43 |
| | $5,256.36 | $5,256.30 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 756.75.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 876.05 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 691.12.  Your starting balance (escrow balance required) according to this analysis should be $4,192.37.  This means you have a shortage of 3,501.25. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 5,256.30.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 438.03 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 145.89 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $583.92 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $748.53 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## **CERTIFICATE OF SERVICE**

On March 10, 2021, I served the foregoing documents described as Notice of mortgage payment chance on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**BRAD J. SADEK**
brad@sadeklaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On March 10, 2021, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Kireema Atah Sprowal**
4213 Adams Avenue
Philadelphia, PA 19124

*Trustee*
**WILLIAM C. MILLER, Esq.**
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May